**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BILLINGS DIVISION**

NOV 22 2013

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| JAMES NICHOLAS RIDGEWAY, <br><br> Plaintiff, <br><br> v. <br><br> MON-DAK TRUCKING, INC., a Montana Corporation; and MON-DAK OILFIELD SERVICES, INC., a Montana Corporation, <br><br> Defendants. | CV 11-60-BLG-RWA <br><br><br> **Verdict** |

QUESTION NO. 1:    Do you find that Defendant Mon-Dak was negligent in the collision which occurred on June 26, 2008?

ANSWER:    Yes __X__    No_____

*If your answer to Question No. 1 was "No," your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

*If your answer to Question No. 1 was "Yes," please continue to Question No. 2.*

QUESTION NO. 2:    Was the negligence of Defendant Mon-Dak a cause of injury to the Plaintiff, James Ridgeway?

ANSWER:    Yes __X__    No_____

*If you answer this question "No," your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

*If you answer this question "Yes," proceed to Question No. 3.*

QUESTION NO. 3:    Was Plaintiff James Ridgeway negligent in the collision which occurred on June 26, 2008?

ANSWER:    Yes __X__    No_____

*If you answer this question "No," skip Question Nos. 4 and 5, and proceed to Question No. 6.*

*If you answer this question "Yes," please continue to Question No. 4.*

QUESTION NO. 4:    Was Plaintiff James Ridgeway's negligence a cause of any of his own damages?

ANSWER:    Yes __X__    No_____

*If you answer this question "No," skip Question No. 5, and proceed to Question No. 6.*

*If you answer this question "Yes," please continue to Question No. 5.*

QUESTION NO. 5:    As between Defendant Mon-Dak and Plaintiff James Ridgeway, what percentage of fault is attributable to Defendant Mon-Dak and what percentage of fault is attributable to Plaintiff Mr. Ridgeway, the total must equal 100%.

ANSWER:    Plaintiff James Ridgeway    ~~10~~ 90 %   (initialed S.A.H.)

Defendant Mon Dak    ~~90~~ 10 %   (initialed S.A.H.)

Total:    100%

*If your allocation finds that James Ridgeway's fault in the accident is **more than** 50%, your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff. Otherwise, proceed to Question No. 6.*

QUESTION NO. 6:    What is the total amount of damages suffered by the Plaintiff James Ridgeway?

$ 550,000

*If you have proceeded through the entire verdict, then your deliberation has concluded. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

DATED this 22 day of November, 2013.

*Scott J. Huerke*
Jury Foreperson